# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 17, 2013

No. 11-31216
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ROBERT C. GREEN,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:10-CR-219-1

Before JONES, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Robert C. Green has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Green has filed a response.

In his response, Green alleges that his request for a new counsel should have been granted and that his attorney failed to make "simple but very, very important objection[s]." To the extent that this allegation is an effort to raise an

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ineffective assistance of counsel claim, we conclude that the record is insufficiently developed to allow consideration at this time of such a claim. *See United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir. 2006).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Green's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.